UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALICIA ZAMOT,

    Plaintiff,

v.                                          Case No: 8:18-cv-658-MSS-MAP

SYNCHRONY BANK,

    Defendant.
_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant's Unopposed Joint Motion to Stay Proceedings and Compel Arbitration. (Dkt. 13) Defendant seeks an Order staying this case pending arbitration in accordance with the terms of a credit card agreement between the Parties. (Id.) Defendant states that "Plaintiff, through counsel, does not oppose the Court staying the proceedings and compelling arbitration." (Id.)

In light of the Parties' stipulation, the Court hereby **ORDERS** that this proceeding is **STAYED** pending arbitration. The Clerk is directed to **TERMINATE** all motions pending before the Court and **ADMINISTRATIVELY CLOSE** this case. The Parties shall have **fourteen (14) days** after the completion of arbitration to file a notice or appropriate motion advising the Court how and whether this case should proceed.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of May, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person